In the Matter of the Estate of Isabelle Duke, Deceased. Walter C. Overbeck, Appellant, v. Mary Steele, Administrator de bonis non of the Estate of Isabelle Duke, Deceased, and Minnie Pearl Steele, Appellees.

Gen. No. 11,738.

Second District, Second Division.
September 23, 1963.

Walter C. Overbeck, pro se, of Henry, appellant; Black, Black & Borden, of Peoria, for Mary Steele, and John J. Wosik, of Henry, for Minnie Pearl Steele, appellees. Opinion by JUDGE WRIGHT. Not to be published in full.